UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                                    Case No. 1:06-CR-196

v.

                                                    Honorable Gordon J. Quist

JORGE CALVO HERNANDEZ,          United States District Judge

       Defendant.
_____/

## **STIPULATION FOR SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel that attorney Chris Peter Kokkinakos be substituted as attorney of record for Defendant Jorge Calvo Hernandez in the place of Sharon A. Turek and that Sharon A. Turek is hereby released from further representation of Mr. Hernandez.

                                                           RAY KENT
                                                           Federal Public Defender

Dated: November 8, 2006 _____   /s/ Sharon A. Turek
                                                           Assistant Federal Public Defender
                                                           The Trade Center
                                                           50 Louis, NW - Suite 500
                                                           Grand Rapids, Michigan 49503
                                                           (616) 742-7420


Dated: November 8, 2006                /s/ Chris Peter Kokkinakos (w/permission)
                                                           Law Offices of Chris Peter Kokenakes, PLC
                                                           176 Northland Park Court
                                                          Southfield, Michigan 48075
                                                          (248) 552-8900