UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 1:06-CR-196

    Honorable Gordon J. Quist
JORGE CALVO HERNANDEZ,     United States District Judge

    Defendant.
_____/

## ORDER FOR SUBSTITUTION OF COUNSEL

This matter having come before the Court on a Stipulation for Substitution of Counsel submitted by attorneys Sharon A. Turek and Chris Peter Kokkinakos, and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT Chris Peter Kokkinakos be, and hereby is, substituted as attorney of record for Jorge Calvo Hernandez in the above-captioned matter.

IT IS SO ORDERED.

Dated: November 8, 2006      /s/Gordon J. Quist
                                      HON. GORDON J. QUIST