UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JORGE CALVO-HERNANDEZ,

        Defendant.
_____/

Case No. 1:06:CR:196

HON. GORDON J. QUIST

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed November 14, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Jorge Calvo-Hernandez's plea of guilty to Count One of the Indictment is accepted. Defendant Jorge Calvo-Hernandez is adjudicated guilty.

3. Defendant Jorge Calvo-Hernandez shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated:  December 1, 2006

                              /s/ Gordon J. Quist
                             GORDON J. QUIST
                            UNITED STATES DISTRICT JUDGE